IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER YNOSENCIO YSAIS,

      Plaintiff,

vs.                                                                                                                         No. CIV 08-0449 JB/DJS

STATE OF NEW MEXICO, JUDICIAL STANDARD COMMISSION, as an Employee of the State of New Mexico, and as an individual, James A. Noel, in his official capacity as Executive Director of Judicial Standard Commission, and Employee of the State of New Mexico, and as an individual, David S. Smoak, in his official capacity as Chairman of the Judicial Standard Commission, and Employee of the State of New Mexico, and as an individual, Randall D. Roybal, in his official capacity as Deputy Director/Chief of Staff Attorney of the Judicial Standard Commission, and Employee of the State of New Mexico, and as an individual, BILL RICHARDSON, in his official capacity as Governor, and Employee of State of New Mexico, and as an individual, The Disciplinary Board, as an Employee of the State of New Mexico, and as an individual, Virginia L. Ferrara, as Chief Disciplinary Counsel of the Disciplinary Board, and Employee of the State of New Mexico, and as an individual, Second Judicial District Court, and as an individual, Deborah Davis Walker, in her official capacity as an Employee of the Second Judicial District Court, and Employee of State of New Mexico, and as an individual, William F. Lang, in his official capacity as an Employee of the Second Judicial District Court, and Employee of State of New Mexico, and as an individual, Thirteenth Judicial District Court, and as an individual, Nancy Colella, in her official capacity as an Employee of Thirteenth Judicial District Court, and Employee of the State of New Mexico, and as an individual, State of New Mexico Court of Appeals, and as an individual, A. Joseph Alarid, in his official capacity as an Employee of the Court of Appeals, and Employee of State of New Mexico, and as an individual, Cynthia A. Fry, in her official capacity as an Employee of the Court of Appeals, and Employee of State of New Mexico, and as an individual, Celia Foy Castillo, in her official capacity as an Employee of the Court of Appeals, and Employee of State of New Mexico, and as an individual,

      Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Judicial Standard Commission's, James A. Noel's, David S. Smoak's, Randall D. Roybal's, the Disciplinary Board's, Virginia L. Ferrara's, the Second Judicial District Court's, Judge Deborah Davis Walker's, Judge William F. Lang's, the Thirteenth Judicial District Court's, Nancy Colella's, the New Mexico Court of Appeals', Judge A.

Joseph Alarid's, Judge Cynthia A. Fry's, and Judge Celia Foy Castillo's Motion to Dismiss, or in the Alternative, for Summary Judgment, filed December 31, 2008 (Doc. 167); and (ii) Bill Richardson's Motion to Dismiss or for Summary Judgment, filed December 2, 2008 (Doc. 152). The Court, having granted the motions to dismiss, finds that Final Judgment should and will be entered in favor of the Defendants and against the Plaintiff, Christopher Ysais, on all claims. This Final Judgment adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that Final Judgment is entered in favor of the Defendants and against the Plaintiff, Christopher Ysais, on all claims. All claims against Defendants Judicial Standard Commission, James A. Noel, David S. Smoak, Randall D. Roybal, the Disciplinary Board, Virginia L. Ferrara, the Second Judicial District Court, Judge Deborah Davis Walker, Judge William F. Lang, the Thirteenth Judicial District Court, Nancy Colella, the New Mexico Court of Appeals, Judge A. Joseph Alarid, Judge Cynthia A. Fry, and Judge Celia Foy Castillo are dismissed with prejudice. All claims against Defendant Bill Richardson are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Christopher Ysais
Rio Rancho, New Mexico

    *Pro Se Plaintiff*

Erika E. Anderson
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendants State of New Mexico, Judicial Standard Commission, James A. Noel, Executive Director of Judicial Standard Commission, David S. Smoak, Chairman of the Judicial Standard Commission, Randall D. Roybal, Deputy Director/Chief of Staff Attorney of the Judicial Standard Commission, Governor Bill Richardson, The Disciplinary Board, Virginia L. Ferrara, Chief Disciplinary Counsel of the Disciplinary Board, Second Judicial District Court, Judge Deborah Davis Walker, Judge William F. Lang, Thirteenth Judicial District Court, Nancy Colella, Hearing Officer Thirteenth Judicial District Court, State of New Mexico Court of Appeals, Judge A. Joseph Alarid, Judge Cynthia A. Fry, and Judge Celia Foy Castillo*