**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER YNOSENCIO YSAIS,

    Plaintiff,

v.                                                                                                          NO. Civ. 08-0449 JB/DJS

STATE OF NEW MEXICO, JUDICIAL STANDARD COMMISSION, as an Employee of the State of New Mexico, and as an individual, JAMES A. NOEL, in his official capacity as Executive Director of Judicial Standard Commission, and Employee of the State of New Mexico, and as an individual, DAVID S. SMOAK, in his official capacity as Chairman of the Judicial Standard Commission, and Employee of the State of New Mexico, and as an individual, RANDALL D. ROYBAL, in his official capacity as Deputy Director/ Chief of Staff Attorney of the Judicial Standard Commission, and Employee of the State of New Mexico, BILL RICHARDSON, in his official capacity as Governor, and Employee of State of New Mexico, and as an individual, THE DISCIPLINARY BOARD, as an Employee of the State of New Mexico, and as an individual, VIRGINIA L. FERRARA, as Chief Disciplinary Counsel of the Disciplinary Board, and Employee of the State of New Mexico, and as an individual, SECOND JUDICIAL DISTRICT COURT, and as an individual, DEBORAH DAVIS WALKER, in her official capacity as an Employee of the Second Judicial District Court, and Employee of State of New Mexico, and as an individual, WILLIAM F. LANG, in his official capacity as an Employee of the Second Judicial District Court, and Employee of State of New Mexico, and as an individual, THIRTEENTH JUDICIAL DISTRICT COURT, and as an individual, NANCY COLELLA, in her official capacity as an Employee of Thirteenth Judicial District Court, and Employee of the State of New Mexico, and as an individual, STATE OF NEW MEXICO COURT OF APPEALS, and as an individual, A. JOSEPH ALARID, in his official capacity as an Employee of the Court of Appeals, and Employee of State of New Mexico, and as an individual, CYNTHIA A. FRY, in her official capacity as an Employee of the Court of Appeals, and Employee of State of New Mexico, and as an individual, CELIA FOY CASTILLO, in her official capacity as an Employee of the Court of Appeals, and Employee of State of New Mexico, and as an individual,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed October 20, 2010 (Doc. 346). No objections to the proposed findings and recommended disposition have been filed. The Court has made a de novo determination of the Magistrate Judge's Proposed Findings and Recommended Disposition.

**IT IS ORDERED** that (I) the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted by the Court; (ii) the Motion for Emergency Permanent Injunction, Temporary Restraining Order, Injunction, Stay per Rule 60B, filed March 31, 2010 (Doc. 339) is denied; (iii) the Motion for Emergency Hearing on Motion for Emergency Permanent Injunction, Temporary Restraining Order, Injunction, Stay per Rule 60B, filed April 7, 2010 (Doc. 340) is denied; and (iv) the Clerk shall return without filing any further submissions from Plaintiff in this case, except for a notice of appeal, unless he receives prior Court approval for a filing.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Christopher Ysais
Rio Rancho, New Mexico

    *Pro Se Plaintiff*

Erika E. Anderson
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

>   *Attorneys for Defendants State of New Mexico, Judicial Standard Commission, James A. Noel, David S. Smoak, Randall D. Roybal, Bill Richardson, The Disciplinary Board, Virginia L. Ferrara, Chief Disciplinary Counsel of the Disciplinary Board, Second Judicial District Court, Deborah Davis Walker, William F. Lang, Thirteenth Judicial District Court, Nancy Colella, State of New Mexico Court of Appeals, A. Joseph Alarid, Cynthia A. Fry, and Celia Foy Castillo*